NUMBER 13-00-412-CR




COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


MICHAEL GREGORY WATSON
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the County Criminal Court No. 10 


of Dallas County, Texas.


___________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam



 Appellant, MICHAEL GREGORY WATSON, perfected an appeal
from a judgment entered by the County Criminal Court No. 10 of Dallas
County, Texas, in cause number MB-96-34958-L. On December 7,
2000, this Court granted counsel's motion to withdraw as counsel. 
This matter was referred to the trial court for the purpose of determining
whether appellant wished to proceed with this appeal. The trial court's
findings of fact and recommendations were received on January 16,
2001. The trial court found that appellant has abandoned his appeal.

 The Court, having considered the documents on file and the trial
court's findings and recommendations, is of the opinion that the appeal
should be dismissed. The appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 1st day of February, 2001.